**Order entered October 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00683-CV

### IN THE GUARDIANSHIP OF CLARENCE LAMAR NORSORTHY, AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-06-3704-2**

## ORDER

We **GRANT** Guardian ad Litem/Attorney ad Litem for the Minor Children's motion for leave to file response to jurisdictional letter briefs and **ORDER** ad Litem's response to jurisdictional letter briefs tendered to the Clerk of the Court October 11, 2016 filed as of the date of this order.

/s/     CRAIG STODDART
          JUSTICE